**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ARMANDO ARCE,**
       **Plaintiff,**

**vs.**                                                          **Case No.:  3:25cv1348/MCR/ZCB**

**STATE OF FLORIDA,**
       **Defendant.**
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 18, 2025.  (Doc. 16).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (Doc. 16) is adopted and incorporated by reference in this order.

1

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court.

3.     All pending motions are DENIED as moot.

4.     The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 18th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**